IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:21-CR-00070-KDB-DSC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| ALFONSO ROMAN BRITO, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court sua sponte. The parties are hereby **ORDERED** to confer and report to the Court whether the United States produced all Facebook materials obtained by search warrant during discovery. The parties shall submit their joint report no later than December 28, 2022.

**SO ORDERED.**

Signed: December 19, 2022

Kenneth D. Bell
United States District Judge